**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

SUNCOAST CREDIT UNION,

    Appellant,

v.                                                                                             Case No: 8:14-cv-2092-T-30

JAMES CARLYLE VANORDEN and
EMILY GINN VANORDEN,

    Appellees.

---

## ORDER

THIS CAUSE is before the Court by order of the United States Court of Appeals for the Eleventh Circuit (Dkt. 13) vacating this Court's December 29, 2014 order that had affirmed the Bankruptcy Court's final judgment based on the Eleventh Circuit's prior precedent (Dkt. 9). The Eleventh Circuit remanded this case for further proceedings in light of the Supreme Court's recent decision in *Bank of America, N.A. v. Caulkett*, 135 S. Ct. 1995, 192 L. Ed. 2d 52 (2015). It is therefore

ORDERED AND ADJUDGED that:

1. The Clerk REMAND this case to the United States Bankruptcy Court, Middle District of Florida, Tampa Division for further proceedings and findings consistent with *Bank of America, N.A. v. Caulkett*, 135 S. Ct. 1995, 192 L. Ed. 2d 52 (2015).

2.    The Clerk shall provide the Bankruptcy Court with a copy of this Order.

**DONE** and **ORDERED** in Tampa, Florida, this 22nd day of December, 2015.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record
Bankruptcy Court Clerk

S:\Odd\2014\14-cv-2092 Remand to BK.docx